**Opinion filed January 12, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00262-CV

_____

## DAVID HILTON AND CINDY HILTON, Appellants/Cross-Appellees

## V.

## 5J OILFIELD SERVICES, LLC, Appellee/Cross-Appellant

### On Appeal from the 350th District Court
### Taylor County, Texas
### Trial Court Cause No. 12750-D

### M E M O R A N D U M   O P I N I O N

Cross-Appellant, 5J Oilfield Services, LLC, has filed in this court a motion to dismiss its cross-appeal. In the motion, Cross-Appellant indicates that it no longer desires to pursue its cross-appeal and that its motion to dismiss is unopposed. Therefore, in accordance with Cross-Appellant's request, we dismiss the cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Cross-Appellant's motion and dismiss the cross-appeal. The remainder of this appeal, as filed by David Hilton and Cindy Hilton, remains active.

PER CURIAM

January 12, 2023

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.